CRUM & FORSTER
A FAIRFAX COMPANY

**Insurer:** Crum & Forster Specialty Insurance Company **Policy Number:** EOL-225803

# EXCESS LIABILITY POLICY
## DECLARATIONS

NOTICE: DEPENDING ON THE TERMS, CONDITIONS AND LIMITATIONS OF THE **FOLLOWED POLICY**, THIS POLICY MAY (1) ONLY PROVIDE COVERAGE FOR LOSS FROM CLAIMS FIRST MADE OR FIRST MADE AND REPORTED DURING ITS **POLICY PERIOD**; (2) HAVE ITS **LIMIT OF LIABILITY** REDUCED BY THE PAYMENT OF DEFENSE COSTS AND/OR CLAIM EXPENSES; AND (3) NOT IMPOSE A DUTY TO DEFEND ON THE **INSURER**. PLEASE READ THE **FOLLOWED POLICY** AND THIS POLICY CAREFULLY AND DISCUSS THE COVERAGE PROVIDED THEREUNDER AND HEREUNDER WITH YOUR INSURANCE AGENT OR BROKER.

Item 1. **Policyholder:** Armour Risk Management, Inc.
**Policyholder Address:** 1880 JFK Blvd., Suite 801
Philadelphia, PA 19103

Item 2. **Policy Period:** From: 01/01/2020 (Effective) To: 01/01/2021 (Expiration)
(12:01 a.m. local time at the **Policyholder Address** shown above)

Item 3. **Limit of Liability:** $5,000,000

Item 4. **Total Underlying Limits:** $10,000,000

Item 5. **Premium:** $12,815

Item 6. **Claims Address:** E-Mail: mapsnol@cfins.com
Mail: Crum & Forster
Claims Department
305 Madison Avenue
Morristown, NJ 07962

Item 7. **Insurer Address:** Crum & Forster
Professional Risk
101 Hudson Street, 32nd Floor
Jersey City, NJ 07302

Item 8. The following endorsements, if any, are made a part of this Policy at issuance:
1. CS 07 001 10 17 Signature Page
2. IL P 001 01 04 U.S. Treasury Department's OFAC Advisory Notice to Policyholders
3. SOP CF 07 16 Service of Process Clause
4. XEO 21 004 01 16 Prior Acts Exclusion (Underlying Exhaustion Recognized)

Item 9. **Schedule of Underlying Coverage:**

| | **Underlying Insurer** | **Underlying Policy** | **Underlying Limit** | **Underlying Policy Period** |
|---|---|---|---|---|
| * | Nautilus Insurance Company | INS9033954-0120 | $5,000,000 | 01/01/2020 - 01/01/2021 |
| | Certain Underwriters at Lloyds, London Syndicate 2987 | MPX1005520 | $5,000,000 XS $5,000,000 | 01/01/2020 - 01/01/2021 |

Terms appearing in "**Bold**" typeface are used in this Policy with the meanings and values ascribed to them above; however, subject to the Changes section, the "**Followed Policy**" means the policy in the Schedule with an "*" at the beginning of its row.

# EXCESS LIABILITY POLICY

In consideration of the payment of the **Premium**, the **Insurer** and insureds agree as follows:

I. INSURING AGREEMENT

This Policy shall provide coverage in accordance with the same terms, conditions and limitations of the **Followed Policy**, as modified and subject to the terms, conditions and limitations of this Policy.

The **Insurer's** coverage obligations under this Policy attach to the **Insurer** only after the **Total Underlying Limits** have been exhausted through payments by, on behalf of or in the place of the **Underlying Insurers** of amounts covered under the **Underlying Policies**. This Policy shall continue in force as primary insurance only upon the exhaustion of the **Total Underlying Limits** by reason of such payments and satisfaction of any applicable retention. This Policy shall recognize erosion of an **Underlying Limit** of an **Underlying Policy** through payments by others of covered amounts under that **Underlying Policy**. The risk of uncollectibility of any part of the **Total Underlying Limits**, for any reason, is expressly retained by the **Policyholder** and any insureds, and is not insured under this Policy or assumed by the **Insurer**.

II. LIMIT OF LIABILITY

The **Limit of Liability** is the aggregate limit of the **Insurer's** liability for all coverage under this Policy.

III. NOTICES

Where the **Followed Policy** requires or permits notice to its insurer, the **Policyholder** or the insureds have the same obligations and rights to notify the **Insurer** under this Policy, except that with respect to this Policy, any notice to the **Insurer** must be directed as follows: (1) for claims-related matters, by mail or e-mail to the **Claims Address**; and (2) for all other notices, by mail to the **Insurer Address**.

IV. RIGHTS

The **Insurer** shall have the same rights, privileges and protections afforded to the **Underlying Insurer** of the **Followed Policy** in accordance with the terms, conditions and limitations of the **Followed Policy**. The **Insurer** shall also have the right, in its sole discretion, but not the obligation, to effectively associate with the insureds in the defense and settlement of any claim that appears to be reasonably likely to involve the **Insurer**. The **Policyholder**, its subsidiaries and any insureds shall provide the **Insurer** with such information, assistance and cooperation as the **Insurer** may reasonably request and shall not do anything that prejudices the **Insurer's** position or potential rights of recovery.

V. RELIANCE

The **Insurer** has issued this Policy in reliance upon the completeness and accuracy of the applications, warranties, statements, and binders for both this Policy and for the **Underlying Policies**, along with any attachments thereto and any other materials submitted for this Policy and for the **Underlying Policies**, which shall be deemed attached hereto and made a part hereof.

VI. CHANGES

If, subsequent to the issuance of the **Followed Policy**, the terms, conditions or limitations of an **Underlying Policy** are modified, the insureds must notify the **Insurer** in writing, as soon as practicable, of such modification. If any changes to the **Followed Policy**: (1) expand coverage; (2) change the **Policyholder** name or **Policyholder Address**; or (3) modify premium, this Policy shall not follow those changes unless the **Insurer** reflects its agreement to do so in a written endorsement to this Policy.

**Crum & Forster Specialty Insurance Company**
**A Delaware Corporation**
**Home Office: Wilmington, DE**

(A Capital Stock Company)

SIGNATURE

Marc J. Adee
Chairman and CEO

SIGNATURE

James Kraus
Secretary

CRUM & FORSTER
A FAIRFAX COMPANY

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

## ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC.

Other limitations on the premiums and payments also apply.

 © ISO Properties, Inc., 2004 

# SERVICE OF PROCESS CLAUSE

The Insurance Commissioner, Director of Insurance, Superintendent of Insurance, or other officer specified by law, pursuant to the laws of the state where this policy is delivered, is hereby designated as the true and lawful attorney of the Company upon whom may be served all lawful process in any action, suit, or proceeding arising out of this policy. The Company further designates:

| | |
|---|---|
| Name: | Marc Adee, President |
| Name of Company or Firm: | Crum & Forster Specialty Insurance Company |
| Mailing Address: | 305 Madison Avenue<br>Morristown, NJ 07960 |

as its person to whom such process shall be forwarded by the Insurance Commissioner, Director of Insurance, Superintendent of Insurance, or other officer specified by law.

All other terms and conditions of the policy remain unchanged.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| | | |
|---|---|---|
| Policyholder:<br>Armour Risk Management, Inc. | | Endorsement Number:<br>1 |
| Policy Number:<br>EOL-225803 | Policy Period:<br>01/01/2020 to 01/01/2021 | Effective Date of Endorsement:<br>01/01/2020 |
| Insurer:<br>Crum & Forster Specialty Insurance Company | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## PRIOR ACTS EXCLUSION ENDORSEMENT
## (UNDERLYING EXHAUSTION RECOGNIZED)

### SCHEDULE

| | |
|---|---|
| Prior Acts Date: | 01/01/2019 |

In consideration of the premium charged, it is agreed that this Policy shall not provide any coverage for, and the **Insurer** shall not be liable to make any payment under this Policy in connection with, any claim alleging any **Wrongful Act** actually or allegedly committed in whole or in part on or prior to the Prior Acts Date set forth in the above schedule of this endorsement. This Policy only provides coverage for **Wrongful Acts** actually or allegedly committed after the Prior Acts Date set forth in the above schedule of this endorsement and otherwise covered by this Policy. Any fact, circumstance, event, transaction, cause or series of related facts, circumstances, events, transactions or causes which have a common nexus with such prior **Wrongful Act** shall be deemed to arise from the first such same or related **Wrongful Act**.

The **Insurer** shall recognize any erosion of the **Total Underlying Limits** due to covered amounts paid by any **Underlying Insurer** under such **Underlying Insurer's** respective **Underlying Policy**, arising out of, based upon or attributable to any **Wrongful Act** that occurred on or prior to the Prior Acts Date set forth in the above schedule of this endorsement and such payments shall apply toward the exhaustion of the **Total Underlying Limits**.

For the purposes of this endorsement, the term "**Wrongful Act**" shall have the same meaning as the term or its equivalent has in the **Followed Policy**.

All other terms, conditions and limitations of the Policy remain unaltered.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Policyholder: Armour Risk Management, Inc. | | Endorsement Number: 3 |
|---|---|---|
| Policy Number: EOL-225803 | Policy Period: 01/01/2020 to 02/01/2021 | Effective Date of Endorsement: 02/01/2021 |
| Insurer: Crum & Forster Specialty Insurance Company | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## AMENDMENT TO DECLARATIONS ENDORSEMENT (PREMIUM BEARING)

In consideration of an additional premium of $987.00, it is agreed that Item 2 of the Declarations is amended as follows:

**Item 2. Policy Period:** From: 01/01/2020 (Effective) To: 03/01/2021 (Expiration)

All other terms, conditions and limitations of the Policy remain unaltered.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Policyholder:<br>Armour Risk Management, Inc. | | Endorsement Number:<br>4 |
|---|---|---|
| Policy Number:<br>EOL-225803 | Policy Period:<br>01/01/2020 to 03/01/2021 | Effective Date of Endorsement:<br>03/01/2021 |
| Insurer:<br>Crum & Forster Specialty Insurance Company | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## AMENDMENT TO DECLARATIONS ENDORSEMENT (PREMIUM BEARING)

In consideration of an additional premium of $1,089.00, it is agreed that Item 2 of the Declarations is amended as follows:

**Item 2. Policy Period:** From: 01/01/2020 (Effective) To: 04/01/2021 (Expiration)

All other terms, conditions and limitations of the Policy remain unaltered.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| | | |
|---|---|---|
| Policyholder:<br>Armour Risk Management, Inc. | | Endorsement Number:<br>5 |
| Policy Number:<br>EOL-225803 | Policy Period:<br>01/01/2020 to 04/01/2021 | Effective Date of Endorsement:<br>04/01/2021 |
| Insurer:<br>Crum & Forster Specialty Insurance Company | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## AMENDMENT TO DECLARATIONS ENDORSEMENT
## (PREMIUM BEARING)

In consideration of an additional premium of $2,140, it is agreed that Item 2 of the Declarations is amended as follows:

**Item 2. Policy Period:** From: 01/01/2020 (Effective) To: 06/01/2021 (Expiration)

All other terms, conditions and limitations of the Policy remain unaltered.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Policyholder:<br>Armour Risk Management, Inc. | | Endorsement Number:<br>6 |
|---|---|---|
| Policy Number:<br>EOL-225803 | Policy Period:<br>01/01/2020 to 06/01/2021 | Effective Date of Endorsement:<br>06/01/2021 |
| Insurer:<br>Crum & Forster Specialty Insurance Company | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## AMENDMENT TO DECLARATIONS ENDORSEMENT (PREMIUM BEARING)

In consideration of an additional premium of $1,012, it is agreed that Item 2 of the Declarations is amended as follows:

**Item 2. Policy Period:** From: 01/01/2020 (Effective) To: 06/30/2021 (Expiration)

All other terms, conditions and limitations of the Policy remain unaltered.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

| Policyholder: Armour Risk Management, Inc. | | Endorsement Number: 7 |
|---|---|---|
| Policy Number: EOL-225803 | Policy Period: 01/01/2020 to 06/30/2021 | Effective Date of Endorsement: 06/30/2021 |
| Insurer: Crum & Forster Specialty Insurance Company | | |

Insert the policy number. The remainder of the information is to be completed only when this endorsement is issued subsequent to the preparation of the policy.

## EXTENDED REPORTING PERIOD ENDORSEMENT

### SCHEDULE

| | |
|---|---|
| Additional Premium: | $12,815 |
| Extended Reporting Period: | 06/30/2021 to 06/30/2022 |

In consideration of the premium charged for this Policy and the additional premium shown in the above Schedule of this endorsement, it is agreed that an Extended Reporting Period is provided for the time frame set forth in the above schedule of this endorsement pursuant to which the **Policyholder** and the insured shall be permitted to notify the **Insurer** of claims in accordance with Section III of the Policy but only with respect to claims first made during such Extended Reporting Period for matters otherwise covered under the Policy. Unless otherwise provided in the **Followed Policy**, this endorsement does not increase or reinstate the **Limit of Liability** for the Policy stated in Item 3 of the Declarations which shall be the maximum liability of the **Insurer** for the **Policy Period** and the Extended Reporting Period combined.

All other terms, conditions and limitations of the Policy remain unaltered.