**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CRUM & FORSTER SPECIALTY INSURANCE COMPANY,** *Plaintiff,* | : | **CIVIL ACTION** |
| | : | **NO. 25-1041** |
| **v.** | : | |
| **A.G. RISK MANAGEMENT, INC.,** ***f/k/a Armour Risk Management, Inc.,*** *Defendant.* | : | |

## ORDER

**AND NOW**, this 20th day of August 2026, upon consideration of Defendant A.G. Risk Management, Inc.'s, ("Defendant"), *motion for partial judgment on the pleadings*, (ECF 13), Plaintiff Crum & Forster Specialty Insurance Company's, ("Plaintiff"), response in opposition, (ECF 18), and Defendant's reply, (ECF 26), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Defendant's motion for partial judgment on the pleadings is **DENIED**;
2. Defendant's counterclaims for breach of contract and bad faith are **DISMISSED**;
3. Plaintiff's request for declaratory judgment in its favor is **GRANTED**; and
4. Plaintiff's request for attorneys' fees and costs must be submitted by separate motion.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*